384 A.2d 992

Commonwealth v. Young, Appellant.

Argued November 18, 1977.

Ralph T. Forr, Jr., Assistant Public Defender, for appellant; William J. Haberstroh and Donald E. Speice, Assistant District Attorneys, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.